AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BROWN, TRISH M. | U.S. BANKRUPTCY COURT, OREGON | 05/11/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| BANKRUPTCY JUDGE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

1050 SW SIXTH AVE., SUITE 700
PORTLAND, OR 97204

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Treasurer | Oregon Division, United States Fencing Association |
| 2.  Treasurer | National Conference of Bankruptcy Judges |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BROWN, TRISH M.** | 05/11/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | FIDELITY NATIONAL MANAGEMENT - SALARY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BROWN, TRISH M.** | 05/11/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. MORGAN STANLEY SMITH BARNEY ROLLOVER IRA (H) | | | | | | | | | |
| 2. - VANGUARD SHORT-TERM GOV BOND (VGSH) | A | Dividend | K | T | Buy | 08/10/20 | K | | |
| 3. | | | | | Sold (part) | 11/19/20 | K | A | |
| 4. - Cons Staples Sel Sect SPDR FD (XLP) | B | Dividend | L | T | Buy (add'l) | 04/06/20 | K | | |
| 5. | | | | | Buy (add'l) | 08/10/20 | K | | |
| 6. - Health Care Sel Sect SPDR FD (XLV) | B | Dividend | L | T | Buy (add'l) | 04/06/20 | K | | |
| 7. | | | | | Buy (add'l) | 08/10/20 | K | | |
| 8. - Industrial Sel Sec SPDR Fd (XLI) | A | Dividend | K | T | Buy (add'l) | 08/10/20 | K | | |
| 9. - Vanguard Extended Mkt ETF (VXF) | A | Dividend | L | T | | | | | |
| 10. - Invesco SSP 500 Quality ETF fka Powershares S&P High Quality (SPHQ) | A | Dividend | K | T | Buy (add'l) | 08/10/20 | K | | |
| 11. - Vanguard Growth ETF (VUG) | B | Dividend | M | T | | | | | |
| 12. - Vanguard Value ETF Index (VTV) | B | Dividend | L | T | Buy (add'l) | 08/10/20 | J | | |
| 13. - Investco QQQ Trust Series I fka Powershares QQQ TR (QQQ) | B | Dividend | M | T | | | | | |
| 14. - IShares SP Smallcap 600 Index (IJR) | A | Dividend | L | T | | | | | |
| 15. - SPDR S&P Midcap 400 ETF Trust (MDY) | B | Dividend | M | T | Buy (add'l) | 08/10/20 | K | | |
| 16. - Invesco Wilderhill Clean Energy fka Powershares Winderhill ... (PBW) | A | Dividend | J | T | | | | | |
| 17. - Ishares DJ US RI Est Index (IYR) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. - Ishares S&P Pref Stk Indx (PFF) | B | Dividend | K | T | Buy (add'l) | 08/10/20 | J | | |
| 19. - IShares MBS ETC fka Ishares Barclays MBS Bond Fund (MBB) | A | Dividend | K | T | | | | | |
| 20. - Vanguard FTSE Developed Markets (VEA) | B | Dividend | | | Sold | 04/08/20 | K | A | |
| 21. - Vanguard Dividend Appreciation (VIG) | B | Dividend | L | T | Buy (add'l) | 08/10/20 | K | | |
| 22. - Pimco Active Bond fka Total Return ETF (BND) | A | Int./Div. | K | T | | | | | |
| 23. - Ishares DJ US Home Construct (ITB) | A | Dividend | K | T | | | | | |
| 24. - Ishares MSCI Asia Ex-Japan ETC (AAXJ) | A | Dividend | L | T | | | | | |
| 25. - Utilities S4 Sect SPDR Fund (XLU) | B | Dividend | K | T | Buy (add'l) | 04/06/20 | J | | |
| 26. | | | | | Buy (add'l) | 08/10/20 | J | | |
| 27. - MORGAN STANLEY BANK money market acct. | A | Interest | J | T | | | | | |
| 28. - FNF 401K Stock Fund (FNF) | A | Dividend | J | T | Buy | 07/28/20 | J | | See Part VIII |
| 29. - Black Knight Inc. (BKI) | A | Dividend | J | T | Buy | 07/28/20 | J | | See Part VIII |
| 30. - CNNE Frozen Stock Fund (CNNE) | A | Dividend | J | T | Buy | 07/28/20 | J | | See Part VIII |
| 31. - ISHARES TIPS BOND ETF (TIP) | A | Dividend | L | T | Buy | 08/10/20 | L | | |
| 32. - ISHARES BARCLAYS 1-3 YR (SHY) | A | Dividend | K | T | Buy | 08/10/20 | K | | |
| 33. | | | | | Sold (part) | 11/19/20 | K | | |
| 34. - ISHARES 3-7 YR TREAS (IEI) | A | Dividend | K | T | Buy | 08/10/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - INVESCO S&P 500 EQUAL WEIGHT E (RSP) | A | Dividend | J | T | Buy | 09/30/20 | J | | |
| 36. - CONS DISCRETE SEL SECT SPOR (XLY) | A | Dividend | K | T | Buy | 11/19/20 | K | | |
| 37. Chevron Texaco Corporation/Common Stock | A | Dividend | J | T | | | | | |
| 38. American Funds: EUROPACIFIC GROWTH FUND - MUTUAL FUND (AEPGX) | A | Dividend | M | T | | | | | |
| 39. OREGONIAN FEDERAL CREDIT UNION - PORTLAND, OR | A | Interest | J | T | | | | | |
| 40. St. Helens Comm. Fed. Credit Union Accounts-St. Helens, OR | A | Interest | J | T | | | | | |
| 41. WELLS FARGO BANK ACCOUNTS - PORTLAND, OR | A | Interest | K | T | | | | | |
| 42. BANK OF AMERICA - PORTLAND, OR | A | Interest | K | T | | | | | |
| 43. Oregon College Savings Plan TIAFF Cref Age Base Portfolio (H) | | | | | | | | | |
| 44. - Agressive Portfolio | A | Dividend | L | T | | | | | |
| 45. UBS ▓▓▓▓▓▓ | | | | | | | | | See Part VIII. |
| 46. - VANGUARD ULTRA SHORT TERM BOND (VUSFX) | A | Dividend | K | T | Buy | 10/12/20 | K | | |
| 47. - INTEL COMMON STOCK (INTC) | A | Dividend | J | T | | | | | |
| 48. - DISNEY COMMON STOCK (DIS) | A | Dividend | L | T | | | | | |
| 49. - Medtronic PLC (MDT) | A | Dividend | K | T | | | | | |
| 50. - NIKE COMMON STOCK (NKE) | A | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 51. - PEPSI COMMON STOCK (PEP) | A | Dividend | K | T | | | | | |
| 52. - AQUILLA TAX FREE TRUST - MUTUAL FUND (ORTFX) | A | Dividend | J | T | | | | | |
| 53. - OREGON FUND CLASS Y (ORTYX) | A | Dividend | J | T | Buy | 10/12/20 | J | | |
| 54. - UBS Bank USA Dep. Acct. | A | Interest | K | T | | | | | |
| 55. - AT&T Inc. (T) | B | Dividend | K | T | | | | | |
| 56. - Dominion Energy Inc. (D) | B | Dividend | K | T | | | | | |
| 57. - Duke Energy Corp New (DUK) | B | Dividend | K | T | | | | | |
| 58. - Exxon Mobiol Corp (XOM) | A | Dividend | | | Sold | 08/24/20 | J | A | |
| 59. - Franklin Street Properties Corp REITS (FSP) | A | Dividend | | | Sold | 08/24/20 | J | A | |
| 60. - Genl Electric Co. (GE) | A | Dividend | | | Sold | 08/24/20 | J | A | |
| 61. - Royal Dutch Shell PLC (RDSB) | A | Dividend | | | Sold | 08/24/20 | J | A | |
| 62. - UBS Certificate of Deposit | A | Interest | | | Redeemed | 08/05/20 | K | A | |
| 63. - Bond BMO Harris Bank NA IL US (05581WJB2) | A | Interest | | | Sold | 08/05/20 | K | A | |
| 64. - Bond JPMorgan Chase Bk OH US (48126XAG0) | A | Interest | | | Sold | 08/18/20 | K | A | |
| 65. UBS IRA ROLLOVER D T | | | | | | | | | |
| 66. - Columbia Dividend Income Fund (GSFTX) | A | Dividend | L | T | Buy | 08/24/20 | K | | |
| 67. - LORD ABBETT CONVERTABLE FUND (LBFFX) | A | Dividend | K | T | Buy | 08/24/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 68. - WCM FOCUSED INTERNATIOINAL GROWTH (WCMIX) | A | Dividend | L | T | Buy | 08/24/20 | K | | |
| 69. - JANUS HENDERSONS BALANCED FUND (JBALX) | A | Dividend | K | T | Buy | 08/24/20 | K | | |
| 70. - UBS Bank USA Dep Acct | A | Interest | J | T | | | | | |
| 71. - Janus Henderson Intl Opportunities Fund (HFOIX) | A | Dividend | | | Sold (part) | 01/27/20 | J | A | |
| 72. | | | | | Sold | 08/24/20 | L | C | |
| 73. - Investco Developers Markets Fund fka Oppenheimer Dev... (ODVYX) | A | Dividend | K | T | | | | | |
| 74. - Touchstone Sands Capital (CFSIX) | D | Dividend | M | T | | | | | |
| 75. - Templeton Glbal Fund (TGBAX) | B | Dividend | K | T | | | | | |
| 76. - Loomis Sayles Bond Fund Class Retail (LSBDX) | B | Dividend | L | T | Sold (part) | 08/10/20 | J | A | |
| 77. - First Eagle Global Fund (SGIIX) | A | Dividend | L | T | | | | | |
| 78. - Franklin Income ADV (FRIAX) | B | Dividend | | | Sold | 08/24/20 | K | A | |
| 79. - Diamond Hill Small Midcap (DHMIX) | A | Dividend | M | T | | | | | |
| 80. - AIG Focused Div Strategy fka Sun America Foc. Div. Strategy (FDSWX) | B | Dividend | | | Sold | 08/24/20 | L | A | |
| 81. - Principal Spectrum Preferred Securities (PPSIX) | A | Dividend | K | T | | | | | See Part VIII. |
| 82. - RMB Mendon Financial Services Fund (RMBKX) | A | Dividend | | | Sold | 08/24/20 | K | | |
| 83. - Double Line Total Return Fund Instl. (DBLTX) | B | Dividend | K | T | | | | | |
| 84. - IVY Science & Technology (ISTIX) | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 85.  - Alpha Centric Income Fund Class (IOFIX) | B | Dividend | K | T | | | | | |
| 86.  - Vangard Industrials Index Fund Admiral (VINAX) | A | Dividend | K | T | | | | | |
| 87.  CHARLES SCHWAB INVESTMENT ACCOUNT (HEADER) | | | | | | | | | |
| 88.  - Schwab Value Advantage M (SWVXX) | A | Int./Div. | M | T | | | | | |
| 89.  - Schwab Money Market/Sweep Account | A | Interest | J | T | | | | | |
| 90.  Northwest Mutual Financial Network (whole life insurance) | B | Dividend | K | T | | | | | See Part VIII. |
| 91.  FIDELITY NAT'L FIN. GROUP 401(k) PROFIT SHARING PLAN (H) | | | | | Closed | 07/28/20 | | | See Part VIII. |
| 92.  - FNF 401K Stock Fund | A | Dividend | | | Sold | 07/28/20 | J | A | See Part VIII. |
| 93.  - Black Knight Frozen Stock Fund | A | Dividend | | | Sold | 07/28/20 | J | A | See Part VIII. |
| 94.  - CNNE Frozen Stock Fund | A | Dividend | | | Sold | 07/28/20 | J | A | See Part VIII. |
| 95.  - Blackrock Life Path Index Fund Retrc | A | Dividend | | | Sold | 07/27/20 | N | | See Part VIII. |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 05/11/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, line 45, page 6. All assets in a previous disclosed UBS account were given a new account number and joined with the current ▯ account at UBS (line 54, page 7).

2. Part VII, line 81, page 8. This asset had an incorrect symbol in previous reports. PPSFX should have been PPSIX.

3. Part VII, line 90, page 9. No premium payment exceeded $1,000.00.

4. Part VII, line 91, page 9. Acquisitions of investments within Fidelity National Financial Group 401(k) Profit Sharing Plan did not exceed $1,000 on a per transaction basis. In July 2020, this account was closed due to the retirement of my spouse.

5. Part VII, lines 92-94, page 9. These assets were not sold but transferrred directly to the Morgan Stanley Smith Barney Rollover IRA. However, there are no codes to reflect such a transfer. Therefore, I listed them as sold in the Fidelity National Financial Group 401(k) Profit Sharing Plan and bought in the Morgan Stanley Smith Barney IRA. They were not actually liquidated.

6. Part VII, line 95, page 9. Income gain/loss not provided. Asset liquidated due to retirement. All proceeds of the sale were transferred to Morgan Stanley Smith Barney Rollover IRA.

7. This is my penultimate report. I will be retiring on October 2, 2021.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ TRISH M. BROWN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544